Local AO 440 (Rev. 01/23) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | |
|---|---|
| EYAL BALVA AND SIGALIT BALVA, et al.<br>(see attached for full caption)<br><br>*Plaintiff*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>CHANGPENG ZHAO, and<br>GUANGYING "HEINA" CHEN,<br><br>*Defendant* | Civil Action No. 3:25-cv-266 |

**SUMMONS IN A CIVIL ACTION**

To: Above Named Defendant(s)

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601 | Telephone: (201) 265-6400 (see Complaint for full attorney listing)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*KARI M. KNUDSON, CLERK OF COURT*

*/s/ Pamela Bloomquist, Deputy Clerk*

Date: November 24, 2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.    3:25-cv-266

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

---------------------------------------------------------------------- x
EYAL BALVA AND SIGALIT BALVA, *individually and* :
*on behalf of the* ESTATE of OMER BALVA, SHAHAR :
BALVA, ITAI HAIM BALVA, BARAK BALVA, TOM :
SHALOM, ESTER SASI, *individually and on behalf of* :
*the* ESTATE of AVRAHAM SASI, MORAN SASI, :
DANIELLE SASI, R.P., *a minor*, NATALIE SASI, LEE :
MELTZ SASI, SAMANTHA MELTZ, ELI SASI, :
DANIEL LAWRENCE SASI, ELIN LEVY SASI, TAL :
MELTZ SASI, SHULAMITH ZANI, RONIT RAHOUM, :
ESTER HALIF, YOSEF SASI, VITO SASY, IZHAK :
SASI, BEKHOR SASSI, MEIR SASY, YAAQOV SASI, :
RACHEL GOLDBERG and JON POLIN, *individually* :
*and on behalf of the* ESTATE of HERSH GOLDBERG- :
POLIN, LEEBIE GOLDBERG-POLIN, ORLY :
GOLDBERG-POLIN, GURAM BENIASHVILI, OMRI :
ELMALEM, EYAL WALDMAN and ELLA :
WALDMAN, *individually and on behalf of the* ESTATE :
of DANIELLE WALDMAN, GUY WALDMAN, :
SHARON WALDMAN, MITCHEL NEWMAN, :
NOACH NEWMAN, GAVRIEL NEWMAN, DVIR :
TUVIA NEWMAN, BATYA LEAH SPREI, ARIEL :
VARDI, MICHAL ZIPPORAH ZAFRANI, *individually* :
*and on behalf of the* ESTATE of ITAY ZAFRANI, :
INBAL CHEN, A.Z., *a minor*, DAVID ZAFRANI, ORI :
ZAFRANI, OSNAT TAL ZAFRANI, RONI ZAFRANI, :
MARK ZIERING and DEBORAH ZIERING, :
*individually and on behalf of the* ESTATE of ARYEH :
ZIERING, ELIANA ZIERING, YONATAN ZIERING, :
TAL ZIERING, HILLA SHAY and IZHAR SHAY, :
*individually and on behalf of the* ESTATE of YARON :
OREE SHAY, SHIR SHAY, LIOR SHAY, OPHIR SHAY, :
YANIV ROUSSO and FANNY ROUSSO, *individually* :
*and on behalf of the* ESTATE of OFEK ROUSSO, :
INBAR ROUSSO, HANNAH WACHOLDER :
KATSMAN, *individually and on behalf of the* ESTATE of :
HAYIM KATSMAN, YAEL LEVY OPPENHEIMER, :
*individually and on behalf of the* ESTATE of ROY :
JOSEPH LEVY, I.O., *a minor*, Y.L., *a minor*, J.L., *a* :
*minor*, TZURIA LEVY, ZOHAR LEVY, NAOMI :
KAHANA on behalf of A.L., *a minor*, JUDITH LEVY, :
SHLOMO LEVY, ELIYAHU LEVY, IDDO MOSHE :

LEVY, NIR YEHEZKEL LEVY, MAYA TREGER :
ROSENFELD, AVRAHAM ROTHNER, EITAN MOR :
and SHLOMIT MIRIAM MOR, *individually and on* :
*behalf of the* ESTATE of SMADAR MOR EDAN, :
LERON MOR and ZOLTAN IVAN GYONGYOSI on :
behalf of, A.E., *a minor*, M.E., *a minor*, Am.E., *a minor*, :
LERON MOR, SARAH BOMFLEK, DONALD :
GOODMAN, NOA MORGAN CHERNEY, GIL BOAZ :
DANIELS, RIVKA DAVIDOVICH, A.D., *a minor*, :
Mi.D., *a minor*, H.M.D., *a minor*, M.D., *a minor*, S.E.D., :
*a minor*, Y. D., *a minor*, A.E.D., *a minor*, CHANA :
SARAH BEN ZAKEN, S.L., *a minor*, A.L., *a minor*, :
Ay.BZ., *a minor*, Av.BZ., *a minor*, HADAS PNINA :
SAFFER BEN HAMO, N.B.H., *a minor*, R.B.H., *a* :
*minor*, M.B.H., *a minor*, NAAMA SAFFER AMAR, :
A.A., *a minor*, G.A., *a minor*, O.A., *a minor*, A.M.A., *a* :
*minor*, A.E.A., *a minor*, YEHOSHUA GOODMAN, :
SHIRA GOODMAN, A.G., *a minor*, B.G., *a minor*, Y.G., :
*a minor*, B.G., *a minor*, M.G. *a minor*, N.G., *a minor*, :
LEOR ZER-CHEN, YAAKOV ZER-CHEN, YAEL ZER- :
CHEN, AVRAHAM GUTSTEIN, MIRIAM GUTSTEIN, :
Z.C.G., *a minor*, YITSHAK YISACHAR GUTSTEIN, :
TAMAR GUTSTEIN, S.G., *a minor*, ODEYA CHEN :
NATAN, A/K/A ODEYA CHEN TEICHER, NAOMI :
TEICHER, MICHAEL JAY TEICHER, SHLOMI :
REVIVO, NAOMI FEIFER-WEISER and YISRAEL :
WEISER, *individually and on behalf of the* ESTATE of :
ROEY WEISER, SHANI WEISER, NADAV WEISER, :
RUBY CHEN and HAGIT CHEN, *individually and on* :
*behalf of the* ESTATE of ITAY CHEN, ROY CHEN, :
A.C., *a minor*, ETHAN LIBIN, SHLOME WERDE, :
REUT ENGLE, JAY MICHAEL (YECHIEL) LEITER, :
CHANA LEITER, NERIYA DOV LEITER, SARA :
BRACHA ATTIAS, DAVID ELIMELECH LEITER, :
SOPHIA REDLER, SAMUEL YAIR LEITER, NOAM :
ELISHA LEITER, AMIKAM TZION LEITER, AARON :
BOURS, ROBERT AIRLEY and JENNIFER AIRLEY, :
*individually and on behalf of the* ESTATE of :
BENYAMIN AIRLEY, A.A., *a minor*, C.A., *a minor*, :
Y.A., *a minor*, SARAH AIRLEY, YEHUDA AIRLEY, :
SHOSHANA BRACHA SHAFER, MICHAEL MARTIN :
SHAFER, RIVKA YEHUDIS SHAFER, A.S., *a minor*, :
E.L.S., *a minor*, E.P.S., *a minor*, YEHUDA SHAFER, :
YISROEL MEIR SHAFER, YITZCHOK SHAFER, :
NECHAMA SORAH GOVE, CHANA SHIRA :
ABRAHAM, CHAIM SHAFER, ELITZUR MOSES, :

2


DAFNA MOSES, Y.M., *a minor*, Ei.M., *a minor*, Ey.M., *a minor*, T.M., *a minor*, C.M., *a minor*, TOVA SCHENKOLEWSKI, AMICHAY KLUGHAUPT, ARYEH THALER, JEFFREY THALER, KAREN THALER, ZEV THALER, ELIYAHU THALER, YOSEF THALER, PESHA THALER, A.T. *a minor*, L.T., *a minor*, R.T., *a minor*, H.T., *a minor*, VARDA MORELL and EITAN MORELL, *individually and on behalf of the* ESTATE of MAOZ MORELL, E.E.M., *a minor*, C.M, *a minor*, SHACHAR YEHUDA MORELL, MORDECHAI ELIEZER MENACHEM MORELL, DOV YERACHMIEL MORELL, AARON MOSHE SPITZ, LEAH SPITZ, GAVRIEL BINYAMIN SPITZ, AVITAL MIRIAM SPITZ, A.H.S., *a minor*, A.S.S., *a minor*, I.J.S., *a minor*, NADAV BENJAMIN SHINDMAN, SIMEON ZIMBALIST and SARA ZIMBALIST, *individually and on behalf of the* ESTATE of ELIYAHU MOSHE ZIMBALIST, S.Z. *a minor*, B.Z., *a minor*, A.Z., NECHAMA ZIMBALIST, AVIVA ZIMBALIST, SHIRA ZIMBALIST, NATHAN SUSSKIND, SHELOMO TAWIL, ELIEZER BENZAKEIN, DAVID APELBAUM, NECHAMA APELBAUM, MICHAL BERGER BING, ELIOR BITON, E.S.N., *a minor*, R.N., *a minor*, SHACHAR HANNA KAMA, CHANA RACHEL KASSEL, M.S.K., *a minor*, Sh.K., *a minor*, S.K., *a minor*, D.C.K., *a minor*, Av.K., *a minor*, Y.Y.K., *a minor*, Ah.K., *a minor*, E.K., *a minor*, B-S.K., *a minor*, Ye.K., *a minor*, BARAK KOSKAS, NAOMI RUSSEK, R.R., *a minor*, S.R., *a minor*, T.R., *a minor*, A.R., *a minor*, Ef.R., *a minor*, C.P.R., *a minor*, M.H.R., *a minor*, Ep.R., *a minor*, Av.R., *a minor*, ELI KNOLLER, *individually and on behalf of the* ESTATE of NADAV KNOLLER, ROSEANNE GREENWALD KNOLLER, HADAR KNOLLER, Y.K., *a minor*, YUVAL KNOLLER, ORTAL KNOLLER, ITAI KNOLLER, GILIT KNOLLER STZRIGLER, DAVID MESSNER, AHARON HOLTZMAN, SHILO SAPIR, TAYYIR AZULAI, L.A., *a minor*, H.A., *a minor*, T.A., *a minor*, Y.A., *a minor*, LEAH FAYAZI, EBRAHIM FAYAZI, AVIGAIL AHARONOV, MALKA MICHAEL, SHLOMO FAYAZI, L.F., *a minor*, Yi.F., *a minor*, NAOMI ARONOF, HADASSA MIZRACHI, ELISHEVA HAZIZA, DAVID FAYAZI, AYALA PERETZ, YOCHEVED FAYAZI, Yo.F., *a minor*, CHAYA MUSHKA HORDINER, DAVID TAWIL, NAOMI RACHEL KASSIN, LISA BERGER, DEVORAH RACHEL SAFFER, HAIM KATZIN,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

3

| | |
|---|---|
| ISRAEL KATZIN, YONATAN FRANK, NATALI ROTCHES, JONATHAN KARTEN, EZRA KASSIN, E.K., *a minor*, and SAMUEL BLISKO, | : : : : |
| Plaintiffs, | : : |
| -against- | : : |
| BINANCE HOLDINGS LIMITED, CHANGPENG ZHAO, and GUANGYING "HEINA" CHEN, | : : : |
| Defendants. | : : |

4