UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| EYAL BALVA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, *et al.*, <br><br> Defendants. | No. 3:25-cv-266-PDW-ARS |

**AFFIDAVIT OF SERVICE**

I, Lee Wolosky, declare as follows pursuant to 28 U.S.C. § 1746 and Federal Rule of Civil Procedure 4(*l*)(2)(B):

1. I am a partner at the law firm Willkie Farr & Gallagher LLP (the "Firm"), co-counsel for Plaintiffs in the above-captioned action.

2. I am over the age of 18 and attest that the facts set forth in this Declaration are true and correct to the best of my knowledge, information, and belief. This Declaration is made in support of showing proof of service on Defendant Binance Holdings Limited ("Binance"), d/b/a Binance and Binance.com, pursuant to Federal Rule of Civil Procedure 4(*l*)(2)(B).

3. On December 22, 2025, Plaintiffs moved for entry of an order directing service of process by mail pursuant to Federal Rule of Civil Procedure 4(f)(2)(c)(ii) on Binance's registered agent in the Cayman Islands. *See* Dkt. No. 12.

4. On January 6, 2026, this Court issued an order (the "Order") granting the Plaintiff's motion. *See* Dkt. No. 14.

5. As directed by the Order, attorneys at the Firm reached out to the Clerk of Court for the United States District Court for the District of North Dakota. In accordance with the

instructions in the Order and from the Clerk of Court, on January 6, 2026, attorneys at the Firm sent by FedEx a package to the Clerk of Court containing the complaint, the civil cover sheet, and the summons for Binance. The package also contained a pre-paid FedEx envelope for those materials to be sent to Binance's registered agent in the Cayman Islands.

6. On January 7, 2026, the Clerk of Court informed attorneys at the Firm that they used the FedEx envelopes prepared by the Firm to send the complaint, civil cover sheet, and summons to the address of Binance's registered agent: Binance Holdings Limited, c/o Sertus Chambers, Governors Square, Suite #5-204, 23 Lime Tree Bay Avenue, P.O. Box 2547, George Town, Grand Cayman, KY1-1104, Cayman Islands.

7. On January 12, 2026, FedEx successfully delivered the package to Binance at the above address, where it was signed for by A. Rankin.

8. Attached as **Exhibit A** to this declaration is a true and correct copy of the signed proof of delivery provided to the Plaintiffs by FedEx Customer Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2026.

By:   /s/ Lee Wolosky

Lee Wolosky
WILLKIE FARR & GALLAGHER LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com