# EXHIBIT A

January 13, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 815343156137

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.RANKIN | **Delivery Location:** | C/O SERTUS CHAMBERSGOVEN 23 LI |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | GEORGE TOWN, |
| | | **Delivery date:** | Jan 12, 2026 13:55 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 815343156137 | **Ship Date:** | Jan 7, 2026 |
| | | **Weight:** | 3.1 LB/1.41 KG |

**Recipient:**
BINANCE HOLDINGS LIMITED
C/O SERTUS CHAMBERSGOVEN SGSTE#5204
23 LIME TREE BAY AVE POB2547
GEORGE TOWN, KY,

**Shipper:**
CLERK OF COURT, US DISTRICT COURT
655 FIRST AVE N
SUITE 130
FARGO, ND, US, 58102



Thank you for choosing FedEx