UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| EYAL BALVA, *et al*,<br><br>   Plaintiffs,<br><br>vs.<br><br>BINANCE HOLDINGS LIMITED, *et al*,<br><br>   Defendants. | Case No. 3:25-cv-266-PDW-ARS<br><br>**NOTICE OF APPEARANCE OF ATTORNEY** |

PLEASE TAKE NOTICE THAT Robert J. Pathroff of Vogel Law Firm, P. O. Box 2097, Bismarck, North Dakota 58502-2097, appears as attorney for Defendant Binance Holdings Limited in this case.

Dated this 27th day of January, 2026

**VOGEL LAW FIRM**

BY: */s/ Robert J. Pathroff*
Robert J. Pathroff (#07759)
Nicholas M. Surma (#08830)
US Bank Building
200 North 3rd Street, Suite 201
PO Box 2097
Bismarck, ND  58502-2097
Telephone:  701.258.7899
Email:    rpathroff@vogellaw.com
          nsurma@vogellaw.com
ATTORNEYS FOR DEFENDANT BINANCE HOLDINGS LIMITED