UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| EYAL BALVA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-00266-PDW-ARS<br><br><br>**MOTION TO APPEAR<br>PRO HAC VICE** |

　　　Christopher N. LaVigne, an attorney for Binance Holdings Limited, moves the court pursuant to D.N.D. Gen. L. R. 1.3 (D) for leave to appear pro hac vice.

　　　In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: List jurisdiction & ID number for each jurisdiction | New York State Court (ID No. 4811121)<br>U.S. District Court, SDNY (ID No. CN1515)<br>U.S. District Court, EDNY (ID No. CL5721)<br>U.S. Court of Appeals for the Second Circuit |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

　　　I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

　　　Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 30th day of January 2026.

**WITHERS BERGMAN LLP**

By: */s/ Christopher N. LaVigne*
Christopher N. LaVigne (NY Bar ID No. 4811121)
430 Park Avenue, 10th Floor
New York, NY 10022
Tel: (212) 848-9800
Christopher.LaVigne@withersworldwide.com

*Attorneys for Defendant Binance Holdings Limited*
