UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Balva et al,<br><br>    Plaintiff,<br><br>vs.<br><br>Binance Holdings Limited et al,<br><br>    Defendants. | Civil No. 3:25-cv-00266<br><br>**NOTICE OF APPEARANCE<br>OF AMY R. SISK** |

    PLEASE TAKE NOTICE that Amy R. Sisk, Attorney at Law, Robins Kaplan LLP, 1207 West Divide Avenue, Suite 200, Bismarck, ND 58501, will appear in the above-entitled action as co-counsel with Motley Rice LLC for the Plaintiffs listed on the Attachment to this Notice of Appearance.

Dated: February 19, 2026    **ROBINS KAPLAN LLP**

By: */s/ Amy R. Sisk*
Amy R. Sisk, ND #10267
1207 West Divide Avenue
Suite 200
Bismarck, ND 58501
701-255-3000
TPurdon@RobinsKaplan.com

*Attorneys for the Newman, Vardi, Zafrani, Rothner, Edan, Donald Goodman, Cherney, Daniels, Davidovich, Ben Zaken, Hamo, Amar, Yehoshua Goodman, Zer-Chen, Gutstein, Natan a/k/a Teicher, Libin, Werde, Engle, Bours, Airley, Moses, Klughaupt, Thaler, Spitz, Shindman, Susskind,*

96867102.1

*Shelomo Tawil, Benzakein, Apelbaum, Bing, Biton, Kama, Kassel, Koskas, Russek, Knoller, Messner, Holtzman, Sapir, Azulai, Fayazi, Hordiner, David Tawil, Naomi Kassin, Berger, Saffer, Haim Katzin, Israel Katzin, Frank, Cohen, Karten, Ezra Kassin, and Blisko Plaintiffs*

2

96867102.1