UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| EYAL BALVA, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-266-PDW-ARS<br><br><br>**MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5), and 12(b)(6) Defendant Binance Holdings Limited ("BHL"), through its undersigned attorneys, respectfully moves to dismiss Plaintiffs' Complaint in its entirety, and for such other and further relief as the Court deems just and proper. BHL's Memorandum of Law and other supporting documents are filed contemporaneously herewith.

Dated: March 4, 2026

**WITHERS BERGMAN LLP**              **VOGEL LAW FIRM**

Christopher N. LaVigne (*pro hac vice*)     */s/ Robert J. Pathroff*
Joseph Gallo (*pro hac vice*)             BY: Robert. J. Pathroff (#07759)
Alexander Haden (*pro hac vice*)         Nicholas M. Surma (#08830)
430 Park Avenue, 10th Floor           US Bank Building
New York, NY, 10022-3505            200 North 3rd Street, Suite 201
Telephone:  212.848.9800            PO Box 2097
Facsimile:  212.848.9888             Bismarck, ND  58502-2097
christopher.lavigne@withersworldwide.com  Telephone:  701.258.7899
joseph.gallo@withersworldwide.com       rpathroff@vogellaw.com
alex.haden@withersworldwide.com        nsurma@vogellaw.com

ATTORNEYS FOR DEFENDANT BINANCE HOLDINGS LIMITED

TO:    All Counsel of Record (*via* ECF)