**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| EYAL BALVA, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>         Defendants. | No. 3:25-cv-266-PDW-ARS |

**DEFENDANT BINANCE HOLDINGS LIMITED'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.1, Defendant Binance Holdings Limited

identifies that its parent corporation is Binance (Services) Holdings Limited and that no publicly

held corporation owns 10% or more of its stock.

Dated this 13th day of March, 2026

| WITHERS BERGMAN LLP | VOGEL LAW FIRM |
|---|---|
| */s/ Christopher N. LaVigne*<br>BY: Christopher N. LaVigne (*pro hac vice*)<br>    Joseph Gallo (*pro hac vice*)<br>    Alexander Haden (*pro hac vice*)<br>    430 Park Avenue, 10th Floor<br>    New York, NY, 10022-3505<br>    Telephone:  212.848.9800<br>    Facsimile:  212.848.9888<br>    christopher.lavigne@withersworldwide.com<br>    joseph.gallo@withersworldwide.com<br>    alex.haden@withersworldwide.com | Robert. J. Pathroff (#07759)<br>Nicholas M. Surma (#08830)<br>US Bank Building<br>200 North 3rd Street, Suite 201<br>PO Box 2097<br>Bismarck, ND  58502-2097<br>Telephone:  701.258.7899<br>rpathroff@vogellaw.com<br>nsurma@vogellaw.com |

*Attorneys for Defendant Binance Holdings Limited*