**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| EYAL BALVA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | No. 3:25-cv-266-PDW-ARS |

**NOTICE OF SERVICE**

Plaintiffs, through their undersigned attorneys, respectfully inform the Court that, on March 18, 2026, Plaintiffs served Defendant Binance Holdings Limited ("Binance").[1] The proof of service required by Federal Rule of Civil Procedure 4(*l*) is provided by the attached declaration. *See* Affidavit of Service of Jason Kuchinov ("Kuchinov Aff.").

As set out in the attached declaration, on March 18, 2026, Binance's Co-Chief Executive Officer, Richard Teng, was personally served with the Summons and the Complaint in this action. *See* Kuchinov Aff.. ¶¶ 2–3. This occurred within a judicial district of the United States. *See id.* ¶ 2.

Because Mr. Teng is a corporate officer of Binance, service on him constituted service on Defendant Binance, a corporate entity. *See* Fed. R. Civ. P. 4(h) ("[A] domestic or foreign corporation . . . must be served . . . by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law

[1] In filing this motion, Plaintiffs do not concede that their earlier service of Binance at the Cayman Islands address of its registered agent was improper. *See* Dkt. Nos. 15, 15-1.

to receive service of process . . . ."); *see also U.S. ex rel. Davis v. Persons Serv. Co., LLC*, 2007 WL 6030535, at *2 n.2 (D.N.D. Nov. 17, 2017) ("Under Fed. R. Civ. P. 4(h), service may be effectuated as to a corporate entity through delivering a copy of a summons and complaint to a corporate officer."); *Grandberry v. Strategic Telecommunications, Inc.*, 2007 WL 4233172, at *2 (D.N.D. Nov. 28, 2007) ("In the District of North Dakota, service of process may be effected upon a corporation by delivering a copy to an officer, managing or general agent, or to any other authorized agent to receive service of process." . . . Service of process must be received by an officer, director, agent, or other person authorized by appointment or law in order for service to be effectuated on a corporation.").

Respectfully submitted,

March 20, 2026

/s/ Lee S. Wolosky

Lee S. Wolosky
Aaron E. Nathan (admitted *pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
lwolosky@willkie.com
anathan@willkie.com

Gary M. Osen
Dina Gielchinsky
Aaron Schlanger
**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
gosen@osenlaw.com
dgielchinsky@osenlaw.com
aschlanger@osenlaw.com

Jonathan Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K St., NW, Suite 600

Washington, D.C. 20006
Telephone: (202) 737-7777
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
kattridge@steinmitchell.com

*Attorneys for the Balva, Shalom, Sasi, Goldberg-Polin, Beniashvili, Elmalem, Waldman, Shay, Ziering, Rouusso, Katsmanm, Levy, Rosenfeld, Bomflek, Revivo, Weiser, Chen, Leiter, Shafer, Schenkolewski, Morell, and Zimbalist Plaintiffs*

/s/ John M. Eubanks
**MOTLEY RICE LLC**
John M. Eubanks
Michael E. Elsner
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9250
jeubanks@motleyrice.com
melsner@motleyrice.com

**MM~Law LLC**
Gavriel Mairone (*pro hac vice* forthcoming)
Ariel Mairone (*pro hac vice* forthcoming)
Christine N. Crane (*pro hac vice* forthcoming)
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Telephone: (312) 253-7444
ctlaw@mm-law.com
**ROBINS KAPLAN LLP**
Timothy Q. Purdon, ND #05392
Amy R. Sisk, ND #10267
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
Telephone: (701) 255-3000
TPurdon@RobinsKaplan.com

*Attorneys for the Newman, Vardi, Zafrani, Rothner, Edan, Donald Goodman, Cherney, Daniels, Davidovich, Ben Zaken, Hamo, Amar, Yehoshua Goodman, Zer-Chen, Gutstein, Natan a/k/a Teicher, Libin, Werde, Engle, Bours, Airley, Moses, Klughaupt, Thaler, Spitz, Shindman, Susskind, Shelomo Tawil, Benzakein, Apelbaum, Bing, Biton, Kama, Kassel, Koskas, Russek,*

*Knoller, Messner, Holtzman, Sapir, Azulai, Fayazi, Hordiner, David Tawil, Naomi Kassin, Berger, Saffer, Haim Katzin, Israel Katzin, Frank, Cohen, Karten, Ezra Kassin, and Blisko Plaintiffs*