UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

EYAL BALVA, *et al.*,

Plaintiffs,

v.

BINANCE HOLDINGS LIMITED, *et al.*,

Defendants.

No. 3:25-cv-266-PDW-ARS

## AFFIDAVIT OF SERVICE

I, Jason Kuchinov, a private process server, having been duly authorized to effectuate service of the Summons and Complaint in the above-captioned action, hereby declare:

1. I am over 18 years old and not a party to or otherwise interested in this matter.

2. On March 18, 2026 at approximately 4:10 pm EST, I served true copies of the Summons and Complaint in the above-captioned action on Richard Teng at the DC Blockchain Summit 2026, an event that was taking place at the following address: 700 M St. SE, Washington, D.C. 20003. Richard Teng was attending the Blockchain Summit as a speaker.

3. I would describe Richard Teng as Asian; Male; Approximately 55 Years of Age; Approximately 6'1"; Approximately 180lbs; Dark Hair; Dark Eyes; Slight Accent. When I served Richard Teng, he was wearing a tag that identified him by name. I understand that Richard Teng is the Co-Chief Executive Officer of Binance Holding Limited.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2026

By: ______________________________
Jason Kuchinov