**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| EYAL BALVA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | No. 3:25-cv-266-PDW-ARS<br><br>**MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 8, 12(b)(2), and 12(b)(6), Defendant Binance Holdings Limited ("Binance") respectfully moves to dismiss Plaintiffs' Amended Complaint, Dkt. No. 56, against Binance, and for such other and further relief as the Court deems just and proper. Binance's Memorandum of Law and supporting documents are filed contemporaneously herewith.

[*signature block on following page*]

Dated: August 10, 2026

Respectfully submitted,

**MILBANK LLP**

*/s/ Colleen E. Roh Sinzdak*
Neal Kumar Katyal (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
Kristina Alekseyeva (*pro hac vice*)
Samantha Ilagan (*pro hac vice*)
Zois Manaris (*pro hac vice*)
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202.835.7505
nkatyal@milbank.com
crohsinzdak@milbank.com
kalekseyeva@milbank.com
silagan@milbank.com
zmanaris@milbank.com

Nola B. Heller (*pro hac vice*)
Matthew J. Laroche (*pro hac vice* forthcoming)
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5108
nheller@milbank.com
mlaroche@milbank.com

**VOGEL LAW FIRM**

Robert J. Pathroff (#07759)
Nicholas M. Surma (#08830)
US Bank Building
200 North 3rd Street, Suite 201
PO Box 2097
Bismarck, ND 58502-2097
Telephone: 701.258.7899
rpathroff@vogellaw.com
nsurma@vogellaw.com

**WITHERS BERGMAN LLP**

Christopher N. LaVigne (*pro hac vice*)
Joseph Gallo (*pro hac vice*)
Alexander Haden (*pro hac vice*)
430 Park Avenue, 10th Floor
New York, NY 10022-3505
Telephone: 212.848.9800
christopher.lavigne@withersworldwide.com
joseph.gallo@withersworldwide.com
alex.haden@withersworldwide.com

*Attorneys for Defendant Binance Holdings Limited*

CC: All Counsel of Record (*via* ECF)