**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| EYAL BALVA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | No. 3:25-cv-266-PDW-ARS |

**DECLARATION OF COLLEEN E. ROH SINZDAK IN SUPPORT OF BINANCE HOLDINGS LIMITED'S MOTION TO DISMISS**

I, Colleen E. Roh Sinzdak, hereby declare under 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the District of Columbia and a Partner at the law firm Milbank LLP. I am admitted *pro hac vice* as counsel for Defendant Binance Holdings Limited ("Binance") in the above-captioned action. I submit this declaration in support of Binance's Motion to Dismiss the Amended Complaint to place before the Court certain documents that are referenced in the accompanying Memorandum of Law in Support of Binance's motion. I have personal knowledge of the facts stated herein.

2. Exhibit 1 is a true and correct copy of the Financial Crimes Enforcement Network ("FinCEN") Consent Order between FinCEN and Binance, dated November 21, 2023, which is available at https://www.fincen.gov/system/files/enforcement_action/2023-11-21/FinCEN_Consent_Order_2023-04_FINAL508.pdf. The FinCEN Consent Order is referenced repeatedly in the Amended Complaint, Dkt. No. 56 ("AC"). *See, e.g.*, AC ¶¶ 40, 63, 163, 326, 420, 437, 492, 709, 764, 926, 1267.

3. Exhibit 2 is a true and correct copy of the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Settlement Agreement between OFAC and Binance, dated November 21, 2023, which is available at https://ofac.treasury.gov/system/files/2023-11/20231121_binance_settlement.pdf. The OFAC Settlement Agreement is referenced repeatedly in the Amended Complaint. *See, e.g.*, AC ¶¶ 52, 63, 169-171, 832.

4. Exhibit 3 is a true and correct copy of the Consent Order between the Commodity Futures Trading Commission and Binance, dated December 14, 2023, as ordered by the court in *Commodity Futures Trading Commission v. Zhao*, No. 1:23-cv-1887 (N.D. Ill. Dec. 14, 2023), Dkt. No. 80 (the "CFTC Consent Order"). The CFTC Consent Order is referenced repeatedly in the Amended Complaint. *See, e.g.*, AC ¶¶ 63, 112, 169, 385.

5. Exhibit 4 is a true and correct copy of the Plea Agreement between the U.S. Department of Justice ("DOJ") and Binance, dated November 21, 2023, and filed in *United States v. Binance Holdings Ltd.*, No. 2:23-cr-178 (W.D. Wash. Nov. 21, 2023), Dkt. No. 23 (the "Binance Plea Agreement"). The Binance Plea Agreement is referenced in the Amended Complaint. *See, e.g.*, AC ¶¶ 63, 169, 780, 894-895.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 10, 2026.

*/s/ Colleen E. Roh Sinzdak*
Colleen E. Roh Sinzdak