**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| EYAL BALVA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>Defendants. | Civil No. 3:25-cv-00266 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tayyir Azulai, individually and as the legal guardian of L.A., a minor child, H.A., a minor child, T.A., a minor child, and Y.A., a minor child (*see* ECF No 56 at ¶¶ 2193-2201), by and through undersigned counsel, hereby voluntarily dismisses without prejudice all of her claims in all of her capacities in the above-captioned action against Defendants Binance Holdings Limited, Changpeng Zhao, and Guangying "Heina" Chen. This dismissal is only on behalf of the above-named Plaintiff. The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated: October 13, 2026

Respectfully submitted,

MOTLEY RICE LLC

/S/ John M. Eubanks____________

John M. Eubanks, Esq.
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel. (843) 216-9000

*Attorney for Plaintiff Tayyir Azulai*